| | |
|---|---|
| GRENVILLE PRIDHAM (CA SBN 120695)<br>2230 West Chapman Avenue<br>Orange, CA  92868<br>Telephone: (714) 486-5144<br>grenville@grenvillepridham.com<br><br>MARK T. LAVERY<br>THE LAVERY LAW FIRM<br>180 N. LaSalle, Suite 3700<br>Chicago, IL 60601<br>admitted *pro hac vice*<br>Counsel for Plaintiff<br>mark@laverylawfirm.com<br>(847) 813-7771 | |

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ARLEEN SUNG,<br><br>     Plaintiff,<br><br>v.<br><br>ANGELA BUSSIO, NOVUS NORTH LLC dba YES INTERNATIONAL, PHILLIP EDWARD GANNUSCIA, RICHARD SCOTT NEMROW, JEFFREY NICOL, JESSICA BJARNSON, SKYLER BOYD JARMAN, and JOHN DOES 1-100,<br><br>     Defendants | Case No.: C 13-1786<br>Judge Ronald M. Whyte<br><br><br><br><br>STIPULATION REQUESTING AND ORDER CHANGING BRIEFING SCHEDULE TIME |

STIPULATION REQUESTING AN ORDER

<u>CHANGING BRIEFING SCHEDULE TIME</u>

The parties hereby stipulate in accordance with N.D. Cal. Local Rules 6-2 and 7-12 and request that the Court enlarge the time for filing briefs -- including the response in opposition to Defendants' Rule 12 Motion and the Defendants' Reply in support of Defendants' Rule 12 Motion -- due to the fact that Defendants filed a 40 page memorandum in support and due to intervening summer family vacations of Plaintiff's Counsel.  Defendant's previously received an

enlargement of time to file their Rule 12 Motion. The requested modification of time has no effect on the schedule for the case. The parties request as follows:

Plaintiff may file a response brief up until August 2, 2013 and Defendants may file a reply brief up until August 16, 2013.

Respectfully Submitted,

Dated: July 18, 2013.

/s/ Grenville Pridham
Grenville Pridham
2230 West Chapman Avenue
Orange, Ca. 92868
(714) 486-5144
grenville@grenvillepridham.com
Counsel for Plaintiff Arleen Sung

Dated: July 18, 2013.

/s/ Richard J. Armstrong
Richard J. Armstrong
Counsel for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Plaintiff may file a response to Defendants' pending Rule 12 Motion up until August 2, 2013 and Defendants may file a reply brief in support of their motion up until August 16, 2013.

Dated: July 22, 2013.

Ronald M. Whyte
District Judge Ronald M. Whyte