1  GRENVILLE PRIDHAM (CA SBN 120695)
2  2230 West Chapman Avenue
   Orange, CA  92868
3  Telephone: (714) 486-5144
   grenville@grenvillepridham.com

4  MARK T. LAVERY
   THE LAVERY LAW FIRM
5  180 N. LaSalle, Suite 3700
   Chicago, IL 60601
6  admitted *pro hac vice*
   Counsel for Plaintiff
7  mark@laverylawfirm.com
   (847) 813-7771
8

9          **UNITED STATES DISTRICT COURT FOR THE**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11         **SAN JOSE DIVISION**

12

13 | ARLEEN SUNG, | Case No.: C 13-1786 |
   |---|---|
14 | Plaintiff, | Judge Ronald M. Whyte |
15 | v. | |
16 | ANGELA BUSSIO, NOVUS NORTH LLC dba YES INTERNATIONAL, PHILLIP EDWARD GANNUSCIA, RICHARD SCOTT NEMROW, JEFFREY NICOL, JESSICA BJARNSON, SKYLER BOYD JARMAN, and JOHN DOES 1-100, | STIPULATION REQUESTING AND ORDER CHANGING BRIEFING SCHEDULE TIME |
17 | | |
18 | | |
19 | | |
20 | Defendants | |

21

22            STIPULATION REQUESTING AN ORDER

23            CHANGING BRIEFING SCHEDULE TIME

24        The parties hereby stipulate in accordance with N.D. Cal. Local Rules 6-2 and 7-12 and

25 request that the Court enlarge the time for filing briefs -- including the response in opposition to

26 Defendants' Rule 12 Motion and the Defendants' Reply in support of Defendants' Rule 12

27 Motion -- due to the fact that Defendants filed a 40 page memorandum in support and due to

28 intervening summer family vacations of Plaintiff's Counsel.  Defendant's previously received an

1  enlargement of time to file their Rule 12 Motion.  The requested modification of time has no
2  effect on the schedule for the case. The parties request as follows:
3      Plaintiff may file a response brief up until August 2, 2013 and Defendants may file a
4  reply brief up until August 16, 2013.

6                                              Respectfully Submitted,

8  Dated: July 18, 2013.              /s/ Grenville Pridham
                                      Grenville Pridham
9                                     2230 West Chapman Avenue
                                      Orange, Ca. 92868
10                                    (714) 486-5144
                                      grenville@grenvillepridham.com
11                                    Counsel for Plaintiff Arleen Sung

13 Dated: July 18, 2013.              /s/ Richard J. Armstrong
                                      Richard J. Armstrong
                                      Counsel for Defendants

16                                    **ORDER**

18    PURSUANT TO STIPULATION, IT IS SO ORDERED:
19    Plaintiff may file a response to Defendants' pending Rule 12 Motion up until
20 August 2, 2013 and Defendants may file a reply brief in support of their motion up until
21 August 16, 2013. [illegible]
22 [illegible]

23 Dated: _____July 22_____ 2013.

                                      /s/ Ronald M. Whyte
                                      District Judge Ronald M. Whyte