Grenville Pridham (120695)
2230 West Chapman Avenue
Orange, CA  92868
(714) 486-5144
grenville@grenvillepridham.com

Mark T. Lavery
180 N. LaSalle, Suite 3700
Chicago, IL 60601
847-813-7771
admitted *pro hac vice*
Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN SUNG,<br><br>                    Plaintiff,<br>vs.<br><br>ANGELA BUSSIO, et. al.<br><br>                    Defendants. | Case Number: 5:13-cv-01786-RMW<br><br>Judge Ronald M. Whyte |

## AMENDED CLASS ACTION COMPLAINT

Arleen Sung ("Plaintiff") seeks redress against Defendants Angela Bussio, Novus

North LLC, Phillip Edward Gannuscia, Richard Scott Nemrow, Jeffrey Nicol, Skyler

Boyd Jarman, Jessica Bjarnson, and John Does 1-50 under 18 U.S.C. 1962, pursuant

to federal law under the Racketeer Influenced and Corrupt Organizations Act, under the

California Unfair Competition Law 17200 and common law fraud and conversion.

### Introduction

1.      Defendants are members of an enterprise involved in a long-standing

pattern of racketeering activity designed to defraud consumers of tens of millions of

dollars through wire fraud fueled by "Online Business Opportunity" (OBO) leads

obtained from the Internet and telemarketing "boiler rooms".  For purposes of this

Complaint, the enterprise will be called the "Utah Phone Predator" (UPP) enterprise.

**JURISDICTIONAL FACTS**

2.      On or about August 12, 2012, Plaintiff responded to an UPP "Profit

Masters Academy" advertisement presented by Defendant Angela Bussio.

3.      The "Profit Masters Academy"  is part of a series of webpages that are

directed to customers in the Northern District of California, California and throughout the

United States.  Defendant Bussio is currently using the title "Web Fortune Master" rather

than "Profit Masters Academy" in the series of webpages used to promote the UPP

enterprise which sells bogus Online-Business-Opportunities operated through the Ken

Sonnenberg "Coaching Department".

4.      Both the "Profit Masters Academy" and "Web Fortune Masters" web pages

are interactive and work through Internet links and works as described below.

5.      The initial Internet links state, "'Top 3' Work At Home Jobs... Read Our

Reviews! Before You Join Any Work at Home Programs."  This link leads to pages such

as [www.Top3WorkAtHome.net](www.Top3WorkAtHome.net)".  This link leads to ads for Angela Bussio webpages

such as "Profit Masters Academy" or "Web Fortune Master".

6.      The "Profit Masters Academy" or "Web Fortune Master" has an image of

Angela Bussio with the following statements on the next page:

Sung v. Bussio 5:13-cv-01786-RMW

## 3. Web Fortune Master - An Easy Choice



**The Pros:** Dependable steady income; No experience required; make money within 15 minutes; clear instructions; simple ready to go system that anyone can follow;

**The Cons:** Successful applicants to the program have to check early and often for positions to open (we would actually recommend checking right now); internet connection required; ability to use e-mail required

**Conclusion:** The Web Fortune Master does the second best job we've ever seen of making people money immediately. It's also probably the absolute easiest system out there as well. It delivers quick income unbelievably easy. It definitely lives up to it's promises and that's why it's one of the best.

Sung v. Bussio 5:13-cv-01786-RMW

### Review...

Simply put, Web Fortune Master allows you to earn money working at home with only simple skills required (if you can't use something like e-mail...then this might be too hard for you). This revolutionary program is without a doubt one of the best ways of making money online. Web Fortune Master offers one of the fastest ways to make money online as they have designed the program to replace a full time income with as little as 2 hours of work per day.

The program sets you up with your own website (don't worry, they do ALL the work for you). They pay you directly through check or direct deposit within the week. Anyone who wants to make money online but has failed before should use Web Fortune Master, as we believe it will be the last job you ever need.

We were impressed with the amount of money that you can make with this system. And we were even more impressed with how "dummy-proof" they made it. The big problem we normally have with other programs is that they are too confusing with too many options, and you never really know if your doing it the right way. Web Fortune Master is the solution that makes those frustrations a thing of the past. It is very clear that quite a bit of time and effort by really smart people went into making this the program it is today.

We must warn you that positions are very limited and only a few positions were made available per city. In practice, this has allowed members to make much more money than most other programs out there.

Sung v. Bussio 5:13-cv-01786-RMW

**With the ability to work with large companies and easy consistent earnings, this is a very attractive program in our opinion. We gave them a well deserved 8. Positions are filling up fast, so if you would like to get started, just click below.**

**You can begin making money with Web Fortune Master by clicking here**

(Editor's Tip: If you are serious about working from home and need money quickly, this may be an exciting option for you to try)

7.      When the consumer clicks on the link to discover if positions are available in their city, they are directed to a landing page with another picture of Angela Bussio.



8.      When the consumer clicks on "Proceed to Site" they are directed to another page that includes another picture of Angela Bussio and states

<u>WANTED:</u>  Dependable people who are motivated and want to make money!

•   No Prior Experience, or Degree Needed.
•   Receive your first payment in 15-days or less...
•   Work From Anywhere There Is An Internet Connection.
•   Limited Number of Spots Open, Check Availability in Your Area.

9.      There is an interactive box underneath this statement that states, "To Learn More About This Exciting Opportunity, Enter Your Information". In the box there is a field for Name, Email Address and Phone Number.  Underneath there is a radio button that states, "Check Availability Now"

10.     That link on the radio button leads to a page that states "Searching for Availability in Your Area" and quickly redirects to a page that states 3 Programs Available then quickly redirects to another page with a video of Angela Bussio. Bussio begins the video by stating,  "Hi my name is Angela Bussio.  I'm a best-selling author, seminar speaker, TV Personality, and I've been featured as a business and motivational advisor on the NBC, CBS and ABC news networks.  And most importantly I'm a person just like you who has taken my ideas and have made money online. Whether you want to make money online or have an idea product or service that you want to market on the Internet then you are in the right place at the right time."

11.     Below the video the web page states;

Angela Bussio Has Been Featured On:



Sung v. Bussio 5:13-cv-01786-RMW

## Who is Angela?

Angela is an accomplished business woman, author, motivational speaker, stress expert and executive coach . She is also notably recognized as a stress expert/ personal development adviser for many news networks.

## What does she do?

Many of the world's most successful entrepreneurs have sought Angela for her expertise in managing the stress that interferes with your business success. She is also a best-selling co-author of the book, "How Did You Do That?"

## How can she help me?

**Angela has partnered and works with Jessica Bradley** to help people just like you and show them how to create extra income in today's tough economy.

12.     The web page makes claims that consumers can make money on the

Internet by posting links and selling on the Internet through this business opportunity.

13.     The webpage claims that the program is "Link Partners" with



14.     Ms. Bussio and Defendants' Link Partner Google is located in the Northern District of California in Mountain View, California.

15.     Ms. Bussio and Defendants' Link Partner Ask.com is located in the Northern District of California in Oakland, CA.

16.     Ms. Bussio and Defendants' Link Partner Yahoo is located in the Northern District of California in Sunnyvale, CA.

17.     The same webpages include the following earnings claim.

# HERE'S A SIMPLE ILLUSTRATION OF HOW MUCH MONEY YOU CAN MAKE IN JUST A FEW DIFFERENT SCENARIOS:

| # Links You Post Per Day | Money You Make Per **Day** | Money You Make Per **Week** | Money You Make Per **Month** | Money You Make Per **Year** |
|---|---|---|---|---|
| 5 ($15 Each) | $75 | $375 | $1,500 | $19,500 |
| 10 ($15 Each) | $150 | $750 | $3,000 | $39,000 |
| 15 ($15 Each) | $225 | $1,125 | $4,500 | $50,500 |
| 20 ($15 Each) | $300 | $1,500 | $6,000 | $70,000 |
| 25 ($15 Each) | $375 | $1,875 | $7,500 | $97,500 |

Sung v. Bussio 5:13-cv-01786-RMW

18.     The earnings claim is reinforced in a graphic below:



19.     The webpage continues and states, "Plus many of the companies pay you on the very same day! The rest take only 2 to 3 business days to transfer the money you've made into your account. The companies are all reputable and I've never had a problem with late payments. It makes this an outstanding opportunity for anyone who needs money fast."

20.     The webpage promises, "This Quick Start program guarantees you an immediate position of your choice as a Link Placement Specialist. It takes only a few minutes to sign up with the company you want and, you can do so online without EVER having to talk to anyone in the company! You can also have multiple placements with different companies if you choose" and includes the below graphic.



Sung v. Bussio 5:13-cv-01786-RMW

21.    The webpage at the bottom of the page states GET STARTED

RIGHT AWAY.  MONEY-BACK GUARANTEE and has the below

radio button:

**GET STARTED**

22.    That radio button leads to a Secure Payment webpage that includes a

button that states, "Click here to read the full Testimonial".

23.    The link has testimonials from Wesley R. of Stevenson Ranch, CA,

Rebecca G. for Los Angeles, CA, Tim F. from Laguna Hills, CA,  Paul O of Tollhouse,

CA. Sherryl N. of Ukian, CA and Shama S from Pasadena, CA. See Exhibit A.

24.    These testimonials refer to wholesalematch.com.  The Shipper, LLC, also

doing business as Wholesalematch.com, was a named defendant in the Ivy Capital

case. These testimonials provide a direct link from Angela Bussio to the Ivy Capital

enterprise.

25.    The Ivy Capital enterprise which Defendants are connected with through

Ken Sonnenberg and their use of wholesalematch.com testimonials operated in

California through Defendant Enrich Wealth Group.

26.    Bussio is a lead generator for the UPP Enterprise involving Defendant

Gannuscia, who is directly involved in establishing lead websites such as

ClicksToCashSystem.com, Online Profit Masters System, Income Masters Institute and
Income Cash Machine in addition to Profit Masters Academy and Web Fortune Master.
See http://www.workathometruth.com/home-profit-masters-scam-
analysis/#ixzz2YYuNHdej

27.    As explained on scamxposer.com, "Profit Masters Academy is a carbon
copy of a scam that has been duplicated by the dozens using the same content with
different business and ownership names and essentially the same graphics. Profit
Masters Academy found at profitmastersacademy.com from Katie Smith and endorsed
by Angela Bussio is touted as "a legitimate, proven, and easy work at home job
opportunity that can make your financial dreams come true", but nothing could be
further from the truth. Angela Bussio's Profit Masters Academy Course uses bogus
certification type names like "The Search Engine Agent Program" in an effort to
convince prospective buyers that the program is legitimate when it couldn't be any
further from it as well as nonsensical "official" names such as "Internet Wealth Expert".
They also use fake ownership names like "Katie Smith". Profit Masters Academy has a
history of not giving refunds per their money back guarantee and is not to be trusted."
See scamxposer.com/scam-review/profit-masters-academy.

28.    The PMA webpages state that Angela Bussio has partnered with Katie
Smith to help people just like you and show them how to create extra income in today's
tough economy.  That statement is false, Bussio has partnered with Gannuscia to
develop interactive websites which are directed nationally to consumers in the Northern
District of California.

29.     Katie Smith is not a real person.  Katie Smith is the alter ego of Bussio using a stock photo called "Woman Posing with Baby Girl" for the face of Katie Smith. Thus all representations made on behalf of Katie Smith alter ego are actually representations of Angela Bussio.  On the Web Fortune Master webpages, the same image is used for Jessica Bradley.

30.     The PMA webpages are not passive but are interactive webpages.  Rather the Landing Page has an image of Bussio.  The Landing Page states, "WANTED: Dependable People who are Motivated and Want to Make Money!", "No Prior Experience or Degree Needed", "Receive Your First Payment in 15 Days or Less", "Work Form Anywhere There is An Internet Connection", Limited Number of Spots Check Availability in Your Area".

31.     The next page would say 9 programs found and then immediately redirect to more PMA webpages that were headlined, "How to Get the Biggest Money Making Secret of 2012" with a picture of Angela Bussio and a statement that Angela Bussio Has Been Featured on CNN, Fox News, ABC, USA Today, and MSNBC.

32.     After any consumer such as Plaintiff entered her information, the next webpage stated "Searching for Availability in Your Area" and below states "As Advertised on CNN, Fox News, ABC, USA Today and MSNBC.

33.     Angela Bussio represents on the PMA webpages that she is "Link Partners" with Google, Bing, Ask.com and Yahoo.  Bussio's "Link Partners" Google , Yahoo and Ask.com are located in the Northern District of California.

34.     Bussio represents and guarantees an immediate position of your choice as a Link Placement Specialist" on the PMA webpages.

Sung v. Bussio 5:13-cv-01786-RMW

35.     Bussio further represented and stated on the PMA webpages that "It takes only a few minutes to sign up with the company you want...." and below this statement there are images of trademarks of Walmart, amazon.com, Sony, Target, Clickbank, Ebay, and Best Buy."  Ebay Inc. is located in this district and in this venue in San Jose, Ca.

36.     Bussio's representations on the PMA webpages evidence that she claims that she and Defendants transacts affairs and business with Google, Yahoo, Ask.com and Ebay Inc., all of which are located in the Northern District of California.

37.     Furthermore, the Privacy Policy of these webpages state:

 "CALIFORNIA ONLINE PRIVACY PROTECTION ACT COMPLIANCE

BECAUSE WE VALUE YOUR PRIVACY WE HAVE TAKEN THE NECESSARY PRECAUTIONS TO BE IN COMPLIANCE WITH THE CALIFORNIA ONLINE PRIVACY PROTECTION ACT. WE THEREFORE WILL NOT DISTRIBUTE YOUR PERSONAL INFORMATION TO OUTSIDE PARTIES WITHOUT YOUR CONSENT.

AS PART OF THE CALIFORNIA ONLINE PRIVACY PROTECTION ACT, ALL USERS OF OUR SITE MAY MAKE ANY CHANGES TO THEIR INFORMATION AT ANYTIME BY LOGGING INTO THEIR CONTROL PANEL AND GOING TO THE 'EDIT PROFILE' PAGE." These compliance statements provide further evidence that Defendants regularly transact business in California.

38.     The OBO offered by Defendants also confers jurisdiction based upon the facts that the OBO (1) offers interactive webinars, (2) offers an EBay Research tool, and (3) offers phone calls from mentors directed to the Plaintiff and class members in their home city and state.

Sung v. Bussio 5:13-cv-01786-RMW

## FACTS SPECIFIC TO PLAINTIFF

39.      Defendants induced Plaintiff to pay $97 to join Profit Masters Academy (PMA) based upon the false advertising and statements made by Bussio and Defendants as described above on or or around August 13, 2012. The above statements about the nature of the business opportunity and the earnings claims are false.

40.      Subsequently, Defendants directed a message to be sent to Plaintiff in California to call PMA for more information.

41.      When she called she did not reach PMA - it does not exist it is merely a front for the UPP enterprise boiler rooms.

42.      When she called she was connected to a boiler room operated by Defendants that pitches bogus OBO investment programs.

43.      Defendants represented that Plaintiff would be provided with an Ebay Research Tool as part of the business opportunity.  Ebay Inc. is located in the Northern District of California in San Jose, California.  This fact provides evidence that Defendants transact business with Ebay Inc. which is located in San Jose, CA. The testimonials that are part of the PMA and Web Fortune Master webpages --  that are linked to the Ivy Capital enterprise through the Sonnenberg Coaching Department and wholesalematch.com --  also provide evidence that Defendants transact affairs and business in California as part of the pattern of fraud.

44.      Defendants by means of wire fraud took Plaintiff for over $6695.00 as part of their bogus OBO scheme on or about August 13, 2012.  The OBO program was

Sung v. Bussio 5:13-cv-01786-RMW

linked to Ken Sonnenberg's Coaching Department.  Plaintiff requested a complete refund of the $6695 paid for the bogus OBO but that refund request was denied.

## FACTS RELATED TO THE UPP ENTERPRISE

45.     On January 15, 2013, the Utah Division of Consumer Protection filed an Amended Administrative Citation against Defendants Novus North, Gannuscia, Jarman, Nemrow, Nicol and Bjarnson and stated that it appears that these Defendants are in violation of the Telephone Fraud Protection Act and Consumer Sales Practices Act. See Exhibit A.

46.     Previously, in November of 2012, the FTC in conjunction with numerous state Attorney Generals announced a wave of enforcement actions directed at Utah OBO operators called "Operation Lost Opportunity".

47.     Defendant Novus North LLC was named as Defendants by Ohio Attorney General and former U.S. Senator Michael DeWine in an enforcement action filed on behalf of the State of Ohio as part of "Operation Lost Opportunity".

48.     The FTC has previously on Feb. 24, 2011, "raided the telemarketing offices of Ivy Capital Inc. in California, Utah and Nevada. Prosecutors for the Federal Trade Commission would later charge the businesses for defrauding thousands of Americans out of $40 million." See Eric S. Petersen, "Phone Predators, Utah's Telemarketing Wolfpacks", City Weekly, Cover Story, June 20, 2012.

49.     "Ivy Capital worked with several Utah offices. One of them, Fortune Learning LLC, which provided OBO services for Ivy Capital, was located in a nondescript office in an American Fork business park. While the premises easily could have been mistaken for a dentist's office or a print shop, Fortune Learning, along with

its principal, Steven Sonnenberg, as well as Orem-based Wholesalematch.com were, according to an FTC complaint, part of an enterprise of 22 companies that worked like a pack to defraud consumers wanting to invest in online-business opportunities." (Peterson 2012).

50.     "Ivy's companies allegedly promised consumers help in setting up their own Internet businesses, telling them they could easily earn $10,000 a month working only five to 10 hours a week, according to the FTC's March 2011 complaint. Instead, according to the complaint, consumers were signed up with coaches who lacked expertise and gave simplistic help to consumers. Furthermore, companies often refused to issue refunds and frequently failed to disclose consumers of their three-day right to have their money refunded." (Peterson 2012).

51.     "The Ivy Capital group of companies was swept up in the FTC's "Operation Empty Promises."  The case represents the third-largest alleged telemarketing fraud ring... the FTC has cracked down on in recent years after charging companies including Mentoring of America and affiliates in 2009 and Jeremy Johnson's IWorks in 2010. Even still, word of the raid and the case against Ivy's companies received little attention in the local media." (Peterson 2012).

52.     A judgment for $310 million was entered against the Defendants in the Ivy Capital case. Nevertheless, the UPP enterprise continues to harm consumers through its racketeering activity. See http://ftc.gov/os/caselist/1023218/index.shtm and Defendants use testimonials referencing Defendant wholesalematch.com and the Sonnenberg Coaching Department as part of their wire fraud pattern.

Sung v. Bussio 5:13-cv-01786-RMW

53.    "Since 2009, Jason Jones has chronicled the legal troubles of numerous companies operating in the online-business-opportunity (OBO) industry on his website, SaltyDroid.info. Jones says the media has failed to grasp how some companies in the industry gang up and work like packs of predators feeding on individual clients to extract the most money possible out of them. "It's hardly been reported on at all how much these guys work to share names, how much this is like an enterprise and not some random association of thousands of bastards," Jones says. (Peterson 2012).

54.    "In a 2011 receiver's report, government investigators quoted an individual whose elderly mother was hit with $16,000 on her credit card by Ivy companies. "You took advantage of trusting people," the individual complained, referring to Ivy companies. "You gave them false hope. You lied to them and then turned around and ignored them as soon as you got those credit-card numbers." See FTC Ivy Capital Receiver Robb Evans Report http://www.robbevans.com/html/ivycapital.html.

55.    The pattern and continuity of racketeering activity of the UPP enterprise precedes the conduct of the Ivy Capital company's involvement in the UPP enterprise.

56.    Prior to the Ivy Capital enforcement action, Gannuscia was part of Drop Ship Development LLC, an entity involved in the UPP enterprise. On March 4, 2010 the Utah Division of Consumer Protection issued an Administrative Citation against Drop Ship Development LLC. On May 7 2010, Vensure International was started by Gannuscia. Gannuscia then started Yes aka Novus North in November 2011 after the Ivy Capital Enforcement action.

57.    One aspect of the pattern of the UPP Enterprise is that numerous shell company entities are used and discarded as the UPP Enterprise continues to victimize

consumers through the boiler room phone operations. For example, after word spread on the Internet that Defendant Angela Bussio's Profit Masters Academy was a fraud then Bussio teamed up with Defendants to start a new entity called "Members Learning Center" then "Web Fortune Master". Members Learning Center uses a website with similar design to other Gannuscia websites such as Home Income Cash Machine. But the Web Fortune Master credit card webpage still references the Profit Masters Academy website.

58.     Defendants injured Plaintiff in her property using the same pattern of UPP enterprise racketeering activity described in the Utah Division of Consumer Protection Amended Administrative Citation, the Ivy Capital Complaint and Receiver Reports, the Novus North Ohio AG Action, and in this Complaint. Defendants injured Plaintiff and class members and caused injury to property in the form of credit card charges and fees and loss of money through denied refund requests.  As is the pattern of the UPP Enterprise, Defendants used internet marketing and telemarketing to make false representations to Plaintiff and the class about the OBO program and made misleading earnings claims. Consequently, Plaintiff and class members lost thousands of dollars but got nothing in return for their investment and were denied refunds despite "Money Back Guarantees".

**Parties**

59.     Plaintiff Arleen Sung is a citizen of the state of California.

60.     Novus North LLC does business as YES International and has a principal place of business in Utah.

Sung v. Bussio 5:13-cv-01786-RMW

61.     Phillip Gannuscia and Jessica Bjarnson are citizens of the state of Utah. They live at 14848 New Maple Dr. Herriman, UT 84096. Jessica Bjarnson is registered agent for Novus North LLC.  Both Gannsucia and Bjarnson seeks leads from consumers in California as represented above. They also conduct enterprise operations directed to California consumers through webpages and boiler rooms as described herein.

62.     Richard Scott Nemrow is a citizen of Utah and he lives at 3804 Quail Summit Dr., Provo, UT 84604. Skyler Boyd Jarman is a citizen of Utah.  Jeffrey Nicol is a citizen of Utah and lives at 2323 Old Rosebud Lane, South Jordan, UT 84095. Both These men direct operations directed toward California make bogus OBO sales and saves from consumers in California as represented above.

63.     Angela Bussio is a citizen of Utah and lives at 720 E 3230 N, Provo, UT 84604.  Angela Bussio claims to be a Link Partner with Yahoo, Ask.com and Google. Bussio represents that Online Business Opportunities are available in California including in the Northern District of California.  Bussio represents that people from California have given testimonials in support of the online business opportunity that she promotes. On information and belief, Ms. Bussio is a native of California and attended schooling in California and has appeared on television networks that have major television production facilities in California.

**Jurisdiction**

64.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C § 1332 because her is a claim arises under 18 U.S.C. § 1962. This Court has personal jurisdiction over the Defendants because Defendants transact affairs and

conduct business in California as described above in the "Jurisdictional Facts" section and the unlawful conduct alleged in the Complaint occurred in, was directed to Plaintiff in California via telephone and electronic mail and the internet.  The interactive webpages used by Defendants to obtain leads specifically told Plaintiff and other consumers that positions were available in their specific areas cities where they lived including but not limited to Plaintiff's location of San Jose, CA in the Northern District of California.

### Venue

65.    Venue is proper in this District under 28 U.S.C. § 1391(a) as the injury arose in this District. Venue is additionally proper because Defendants transact significant business in this District, including soliciting consumer business, and entering into transactions with Ebay Inc., Yahoo, Ask.com, Google, Plaintiff and the California consumers disclosed in the testimonials.

### Intradistrict Assignment

66.    Intradistrict Assignment is proper in San Jose because Plaintiff lives in Santa Clara County.


### Facts Common to All Counts

67.    In 2011, the Federal Trade Commission announced its Operation Empty Promises, which was a massive investigation of deceptive work-at-home schemes promoted by means of Internet fraud and telemarketing "boiler rooms".

68.    The "boiler rooms" employ telemarketing agents to make false representations to "leads" that the consumer can earn substantial income through the

Sung v. Bussio 5:13-cv-01786-RMW

assistance of their home based business opportunity program if they provide their credit card information and allow the agent to charge thousands of dollars to the credit card. The "boiler room" agents falsely represent that the consumers will earn more income than they invest through credit card charges through their "online business opportunity" programs.

69.     The UPP enterprise obtains leads through spam email offers, sponsored links and banner ads on internet search pages. The purpose of each of these initial representations is to drive consumer traffic to landing pages where a purchase can be made.

70.     These sponsored links, banner ads, and other common methods of gaining a consumer's attention are created and operated by lead generators in conjunction with a group of lead generators whose objective is to drive traffic to merchant landing pages selling work-at-home products priced under $100 and then convert those leads into credit card charges from consumers to the UPP racketeering enterprise.

71.     The initial work-at-home product is a deceptive bait-and-switch type scheme.  Consumers are not informed that the real purpose of the sale is not to provide a comprehensive work-at-home program but rather, the marketer intends to ultimately provide that person's personal information to the UPP racketeering enterprise.

72.     The webpages such as Web Fortune Master and Profit Masters Academy contain false representations in the form of earnings claims as described above.

73.     The webpages such as Web Fortune Master and Profit Masters Academy contain false representations about the true and material nature of the online business opportunity in that it is falsely presented as a job opportunity or investment opportunity.

74.     Before a consumer can purchase the initial work-at-home product, the consumer is required to give certain "personally identifying information" (PII).  A consumer's submission of her PII enables the lead generator to sell this information to the racketeering enterprise.

75.     The UPP enterprise is an association in fact that has a structure as described by Receiver Robb Evans in the Ivy Capital case. See www.robbevans.com for report filed March 18, 2011 and the structure described in the Utah Division of Consumer Protection Amended Administrative Citation.

76.     The structure consists of lead generators, sales generators and floor operations that operate and control the bogus work at home operations.

77.     The UPP enterprise uses Bussio as a lead generator, Jeffrey Nicol runs a a "boiler room" sales floor, Skylar Jarman is used to "save" sales and deny refunds, Jessica Bjarnson acts as a Chief Financial Officer, Gannuscia and Nemrow acts as the top leaders in the UPP enterprise and own the Novus North front company.

78.     Defendants' operations are directly linked to Ivy Capital through the use of the testimonials which reference wholesalematch.com.

79.     Defendants' operations are also directly linked to Ivy Capital through their association with the Sonnenberg family.

80.     Plaintiff's experience demonstrates how the structure of the UPP enterprise works.

Sung v. Bussio 5:13-cv-01786-RMW

81.     On or about August 13, 2012, Arleen Sung responded to an Internet ad for Angela Bussio's Profit Master's Academy. This ad promised a work-at-home online business opportunity.

82.     After giving her personal identification information and credit card information to Bussio's Profit Master's Academy, a message was directed to Sung in California to contact PMA.

83.     Defendants directed Plaintiff while in California to a boiler room salesman who pitched to her that she would make money from an investment opportunity and represented that by using her credit card to invest in the program she would be using "other people's money" and that she would make enough money to pay off the credit card bill. The salesman told her about the case of a woman who was able to not only recover what spent, but also personal debt she had prior to joining the program. She was charged $6695 for the OBO program.  The OBO program was related to Sonnenberg's Coaching Department and promised that mentors would call her in California for one-on-one sessions and also promised an Ebay Research tool.

84.     The contract provided a "Warranty of Service" that stated, "If you have not achieved the results desired from the products and education in six (6) months, we will work with you at our own expense until you are completely satisfied. In addition, we have also provided an incentive bonus. As soon as you reach over five thousand dollars in gross sales per month for three consecutive months within the first year of enrollment, upon documenting that result, we will refund fifty percent (50%) of your initial investment. In addition, as soon as you can achieve over ten thousand dollars in gross monthly sales for three consecutive months within the first year of enrollment, upon

documenting that result, we will refund the remainder of your investment back to you; equaling a one hundred (100%) refund of your initial investment in return for your testimonial. You also agree that YES cannot guarantee a specific amount of money in a specific time frame, because success with the education depends upon your effort and commitment."

85.     This Warranty of Service, according to the Utah Division of Consumer Protection is an earnings claim and such earnings claim was misleading and false because no one makes any profit off the bogus online business opportunity sold by Defendants.  The bogus program produces no income for consumers.  The program has never produced $5000 or $10,000 for any investor in the bogus program.

86.     According to David Sellers, Skylar Jarman handles refund requests for Defendants and tries to persuade consumers to stay with the program. As part of this process, Jarman would make calls to consumers including those in California.

87.     According to realscam.com, Gannuscia is also associated with "Home Profit Masters" which the site states is "the latest in recent string of scams which include Online Profit Masters, Income Masters Institute, and Clicks To Cash."

88.     Bussio and Gannuscia are at the lead of the pack attack that encircles consumers like Plaintiff and charges as much money as possible to their credit cards under the guise of offering assistance with bogus OBO programs.  Gannuscia handles and directs UPP enterprise activities involving lead generation, lead brokering and boiler rooms telephone sales. Bussio acts as the face of the UPP enterprise making false representations about the nature of the opportunity and false earnings claims on Internet webpages.

Sung v. Bussio 5:13-cv-01786-RMW

89.     As a result of the furtherance of the RICO conspiracy and the continuation of the UPP pattern of racketeering, Plaintiff was injured in her property for $6,695.

90.     Plaintiff is not the only victim of the fraud scheme, according to Michael Cooper of FIAD Services, a business opportunity recovery agent, Defendants have over 100 victims of this fraud scheme.  Defendants made a representation on the Bussio webpages that there was a money back guarantee but that was a false representation and warranty.

91.     This case seeks recovery for a class defined as "all persons who were induced into paying for an online business opportunity to Defendants and requested a refund but were not provided with a full refund in the last four years."  The class is numerous and exceeds over 100 persons.  Common questions of law and fact include whether Defendants violated RICO and common law of fraud and conversion which predominate over individual issues. Plaintiff is adequate because she has no conflicts with the class and has retained counsel with consumer class action experience.  The Class Action is the superior method of adjudication because the class has by its definition requested refunds prior to litigation and these refunds were denied.

**COUNT I**
**Violation of the Racketeer Influenced and Corrupt Organizations Act**
**Individually and on behalf of a Class**

92.     Plaintiff incorporates by reference the foregoing allegations.

93.     Defendants are members of the UPP Enterprise.

94.     Defendants committed more than two predicate acts as part of a pattern of racketeering activity.  The Utah Division of Consumer Protection has detailed 12 instances of wire fraud committed by Defendants.  See Exhibit A.  Statements of

Michael Cooper of FIAD Service evidences over 100 instances of wire fraud by Defendant.

95.     The misleading and deceptive Internet lead generation ads promoted by Defendants also represent systematic and numerous instances of wire fraud via the Internet. See above examples of Profit Masters Academy and Web Fortune Master websites and web pages with representations from Defendant Angela Bussio.

96.     These ads present an interactive webpage, "In The Next 90 Seconds – Gain Access To A Work-At-Home Job That Can Earn You Up To $87 An Hour No Experience, or Degree Needed. Must have an Internet Connection to Qualify. Work From Anywhere and Choose Your Own Hours. Limited Number of Positions, Check Availability Now." These representations are false.  There are no positions available in any area.  Defendants make these false representations on a systematic basis and are being made even through July 2013 on the Web Fortune Master interactive webpages.

97.     The webpages contain a false "Money Back Guarantee".  Consumers who request refunds are not given their money back.  Plaintiff attempted getting a refund prior to filing this lawsuit and was denied as were at least 100 other persons who made refund requests through FIAD Services.

98.     These predicate acts committed by Defendants were part of the racketeering activity of the continuation of the UPP enterprise and formed the pattern of racketeering activity that harmed Plaintiff and resulted in loss of property to Plaintiff.

99.     The unlawful conduct described herein is in violation of 18 U.S.C. 16929 (c) and (d).

100.   Defendants have committed conduct and predicate acts in violation of 18 U.S.C. 1692(c) and (d) including:

A.   Gannuscia and Bussio work to exploit the misleading Profit Master Academy OBO offer into deceiving consumers into paying thousands of dollars for bogus OBO program.  According to David Sellers, thousands of people have been sold into OBO programs as a result of leads from Gannuscia.  Thus Defendants have committed thousands of instances of wire fraud.

B.   Committing predicate acts of wire fraud directed at Plaintiff.

C.   Committing predicate acts toward clients of FIAD services.

D.   Committing predicate acts of wire fraud by making false representations on websites controlled and operated by Bussio and Gannuscia.

E.   Making the false earnings claims to Plaintiff and other consumers. See Exhibit A.

F.   Making a false money back guarantee. See Para. 21 above.

G.   Skylar Jarman committed wire fraud and lied to the Utah Division of Consumer Protection during their investigation.

H.   Making false representations about the material nature of the business opportunity connected to the Sonnenberg family.

I.   Using testimonials from the Ivy Capital enterprise that reference wholesalematch.com and contain false representations.

101.   The pattern of wire fraud is ordered and part of a common scheme to defraud consumers as outlined in Robb Evans Ivy Capital Report and Utah Division of Consumer Protection Amended Administrative Citation.

102.    The OBO boiler room pattern was described well by Debra N. Diener:

"How do the scams work?  Here's an example.

1.      You buy the very inexpensive product, let's say a book, that tells you "how to make easy and fast money from the Internet."
That inexpensive product is the "loss leader".  Now your personal information is on the scammer's list — they've got what they really want which is your contact and financial information.
2.      This personal information then leads to a bombardment of "cold calls" — either from the scammer's own company (or companies) or from other companies to which your contact and financial information has been sold.
3.      The callers want to get more personal information from you allegedly to help you get your business started.  Sometimes it's to get you to buy more products or services some of which you thought were supposed to be free.
4.      Your credit or debit card gets charged for products or services that you didn't order — either because of the "fine print" on the website about the original offer or because this information's been sold to other scammers."

See privacymadesimple.net/tag/boiler-room-scams/

103.    The pattern of racketeering activity poses a continued threat of continued

criminal activity because the enterprise uses new shell entities with new names such as

Member Learning Center, in an attempt to extract new credit card information from

victims and make charges.  Defendants are using Web Fortune Master webpages as of

July 22, 2013.

104.    New Sites with Angela Bussio using names different than PMA but using

the same representations as PMA are being used by Defendants.

105.     Defendants' racketeering activity has a detrimental effect on interstate

and foreign commerce.  Consumers incur credit card charges but receive nothing of

value and this results in many chargebacks and increase in national consumer debt

levels.

106.    Defendants continue to operate the UPP racketeering enterprise and

Plaintiff and other consumers continue to be injured in their property even after the FTC

"Operation Empty Promises" Ivy Capital Enforcement Action, the November 15, 2012

Sung v. Bussio 5:13-cv-01786-RMW

Ohio Attorney General enforcement action and the Utah Division of Consumer

Protection Amended Administrative Citation of January 15, 2013.

107.    Plaintiff seeks damages and injunctive relief to stop the UPP enterprise on

behalf of a class.

WHEREFORE, Plaintiff demands judgment against the Defendants on a class

basis as follows:

A.    Treble damages for all class members;

B.    Attorneys' fees and litigation costs; and

C.    Other relief the Court deems just such as injunctive and equitable relief.

## COUNT II
## Common Law Fraud

108.    Plaintiff incorporates by reference the foregoing allegations.

109.    Defendants made a false "MONEY BACK GUARANTEE" on the Angela

Bussio webpages about a bogus OBO with false earnings claim.

110.    Plaintiff and the class reasonably relied on those false representations,

made refund requests and were denied full refund requests by Defendants and

Defendant caused economic damages to Plaintiff and the Class.


WHEREFORE, Plaintiff demands judgment against the Defendants on a class

basis as follows:

A.    Actual Damages;

B.    Punitive Damages; and

C.    Other relief the Court deems just such as injunctive and equitable relief.


## COUNT III

Sung v. Bussio 5:13-cv-01786-RMW

**Conversion**

111.    Plaintiffs incorporate by reference the foregoing allegations.

112.    Plaintiff and class members made monetary refund requests from Defendants.

113.    Defendants intentionally and substantially interfered with the property of Plaintiff and class members by refusing refund requests and retaining money paid by Plaintiff and the Class to Defendants.

114.    Plaintiff and class members did not consent to the wrongful retention of that property and they were harmed.

115.    Defendants' conduct was a substantial factor in causing that harm.

WHEREFORE, Plaintiff demands judgment against the Defendants on a class basis as follows:

A.      Damages;

B.      Punitive damages; and

C.      Other relief the Court deems just such as injunctive and equitable relief.


**COUNT IV**
**Unfair Competition Law 17200**

116.    Plaintiffs incorporate by reference the foregoing allegations.

117.    Defendants represent to offer an online business opportunity and be link partners with companies from California including Yahoo, Google and Ask.com.

Page **30** of **31**

Sung v. Bussio 5:13-cv-01786-RMW

118.   Defendants make a money-back guarantee for these online business opportunities.

119.   Defendants engaged in unlawful, unfair and fraudulent practices with respect to these business opportunities.

120.   Plaintiff seeks restitution, injunctive relief to stop Defendants unlawful, unfair and fraudulent practices with respect to these business opportunities.

WHEREFORE, Plaintiff demands judgment against the Defendants on a class basis as follows:

A.     Restitution and injunctive relief;

B.     Attorneys' fees and litigation costs; and

C.     Other relief the Court deems just such as injunctive and equitable relief.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a jury.

Respectfully Submitted,
Plaintiff Arleen Sung

 /s/  Grenville Pridham_____
By One of Her Attorneys
Grenville Pridham
2230 West Chapman Avenue
Orange, Ca. 92868
(714) 486-5144
grenville@grenvillepridham.com

 /s/  Mark T. Lavery_____
Mark T. Lavery
180 N. LaSalle, Suite 3700
Chicago, IL 60601
847-813-7771
admitted *pro hac vice*
Counsel for Plaintiff

Sung v. Bussio 5:13-cv-01786-RMW