ADAMS & RAMEY LLP
Bret Adams, Calif Bar No. 228283
915 Highland Point Drive, Suite 250
Roseville, California 95678
Phone: (916) 724-5330
Fax: (916) 357-7309
bret@adamsandramey.com

KIRTON McCONKIE
Richard J. Armstrong, admitted *pro hac vice*
Brinton M. Wilkins, admitted *pro hac vice*
50 East South Temple
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 212-2151
rarmstrong@kmclaw.com
bwilkins@kmclaw.com

*Attorneys for Defendants Angela Bussio; Novus North LLC dba YES International; Phillip Edward Gannuscia; Richard Scott Nemrow; Jeffrey Nicol; Jessica Bjarnson; Skyler Boyd Jarman*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN SUNG, <br><br> Plaintiff, <br><br> v. <br><br> ANGELA BUSSIO, NOVUS NORTH LLC dba YES INTERNATIONAL, PHILLIP EDWARD GANNUSCIA, RICHARD SCOTT NEMROW, JEFFREY NICOL, JESSICA BJARNSON, SKYLER BOYD JARMAN, and JOHN DOES 1-100, <br><br> Defendants. | ORDER CONTINUING HEARING <br> [] <br><br> Case No.: 5:13-CV-01786-TOY <br> Judge Ronald M. Whyte |

Having considered the Stipulated Motion and Memorandum for Administrative Relief, and good cause appearing for the requested relief,

1

IT IS HEREBY ORDERED that the hearing currently scheduled for September 27, 2013 regarding Defendants' Motion and Memorandum to Dismiss Amended Class Action Complaint for: (1) Lack of Personal Jurisdiction; (2) Improper Venue; and (3) Failure to State a Claim Upon Which Relief Can be Granted or In the Alternative to Transfer to the District of Utah or Order Arbitration is continued until _____, 2013, at _____ a.m.

DATED this \_\_\_\_ day of September, 2013.

_____  
*Ronald M. Whyte*  
Judge of the Above-Titled Court