1

Grenville Pridham (120695)
2522 Chambers Road, Suite 100
Tustin, CA  92780
(714) 486-5144
grenville@grenvillepridham.com

2

ᴏᴇ᷐ᵶᴏᴋᴏᴖᴁᴉᴇᴉᴆᴛᴇᴇ

3

4

Mark T. Lavery
180 N. LaSalle, Suite 3700
Chicago, IL 60601
(847) 813-7771
admitted *pro hac vice*
Counsel for Plaintiff

5

6

7

8

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

9

10

| ARLEEN SUNG, | Case Number: C 13-1786 |
|---|---|
| Plaintiff, | Judge Ronald M. Whyte |
| vs. | |
| ANGELA BUSSIO, et. al. | |
| Defendants. | |

11

12

13

14

15

16

17

**STIPULATION REQUESTING AN ORDER CHANGING BRIEFING SCHEDULE TIME**

18          The parties hereby stipulate in accordance with N.D. Cal. Local Rules 6-2 and 7-12 and

19   request that the Court enlarge the time for filing briefs -- including the response in opposition to

20   Defendants' Rule 12 Motion and the Defendants' Reply in support of Defendants' Rule 12

21   Motion -- due to the fact that Plaintiff has had a death in the family and Plaintiff and her Counsel

22   need additional time to discuss the response to the Motion.  Plaintiff has not previously received

23   an enlargement of time to file a Response to this Rule 12 Motion.  The Parties previously file a

24   stipulation to continue to September 27, 2013 hearing date due to an upcoming trial and

25   shareholder meeting involving Defendant's Counsel. The parties request as follows:

26          Plaintiff may file a response brief up until September 30, 2013 and Defendants may file a

27   reply brief up until October 14, 2013. Proposed Order is on page three of this stipulation.

28

Sung v. Bussio C 12-4671

1

| Dated: 07/18/2013 | /s/ Mark T. Lavery |
|---|---|
|  | Counsel for plaintiff |
|  |  |
| Dated: 07/18/2013 | /s/ Richard Armstrong |
|  | Counsel for defendant |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sung v. Bussio C 12-4671

1

2

3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

4

5

6

7

8

9

| ARLEEN SUNG, | ) | Case Number: C 13-1786 |
| | ) | |
| Plaintiff, | ) | Judge Ronald M. Whyte |
| vs. | ) | |
| | ) | |
| ANGELA BUSSIO, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

10

11

12

**ORDER**

13

14

IT IS SO ORDERED:

15

16

Plaintiff may file a response to Defendants' pending Rule 12 Motion up until September

17

30, 2013 and Defendants may file a reply brief in support of their motion up until October 14,

18

2013.

19

20

21

22

23

24

ORDERED:

25

26

_Ronald M. Whyte_                           Öæ^åKÁÐÏ ÐFH

27

Hon. Judge Ronald M. Whyte

28

Sung v. Bussio C 12-4671