ADAMS & RAMEY LLP
Bret Adams, Calif Bar No. 228283
915 Highland Point Drive, Suite 250
Roseville, California 95678
Phone: (916) 724-5330
Fax: (916) 357-7309
bret@adamsandramey.com

KIRTON McCONKIE
Richard J. Armstrong, admitted *pro hac vice*
Brinton M. Wilkins, admitted *pro hac vice*
50 East South Temple
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Facsimile: (801) 212-2151
rarmstrong@kmclaw.com
bwilkins@kmclaw.com

*Attorneys for Defendants Angela Bussio; Novus North LLC dba YES International; Phillip Edward Gannuscia; Richard Scott Nemrow; Jeffrey Nicol; Jessica Bjarnson; Skyler Boyd Jarman*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN SUNG,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA BUSSIO, NOVUS NORTH LLC dba YES INTERNATIONAL, PHILLIP EDWARD GANNUSCIA, RICHARD SCOTT NEMROW, JEFFREY NICOL, JESSICA BJARNSON, SKYLER BOYD JARMAN, and JOHN DOES 1-100,<br><br>Defendants. | ORDER CONTINUING HEARING<br>[Proposed]<br><br>Case No.: 5:13-CV-01786-~~HRL~~<br>Judge ~~Howard R. Lloyd~~ |

Having considered the Stipulated Motion and Memorandum for Administrative Relief, and good cause appearing for the requested relief,

1

IT IS HEREBY ORDERED that the hearings currently scheduled for November 1, 2013 regarding Defendants' Motion and Memorandum to Dismiss Amended Class Action Complaint for: (1) Lack of Personal Jurisdiction; (2) Improper Venue; and (3) Failure to State a Claim Upon Which Relief Can be Granted or In the Alternative to Transfer to the District of Utah or Order Arbitration and the Case Management Conference is continued until November 8, 2013, 2013, at __9:00__ a.m./~~p.m.~~

DATED this __30__ day of September, 2013.

_____
Ronald M. Whyte
Judge of the Above-Titled Court

2