**PRODUCT / SERVICE OVERVIEW AND RECEIPT**

8/13/2012

Arleen Sung

1064 Fleetwood Dr.
San Jose, CA 95120
USA

408-960-8098

cigarflower@yahoo.com

as

**PRODUCT OVERVIEW**

Your enrollment in this education program includes the following items:

One-on-One Mentoring Sessions (9 Weeks)
Customizable Platinum Apply Web Builder
Prepaid Hosting (1 Month)
Comprehensive Drop-Ship Database System
eBay Research Tool
Personalized Accounting Software Suite

24 Weeks Reactive Support Team Assistance (including email and telephone support)

1 Platinum Toll Free Tele-Support for 6 months

You agree to use this generalized business advice for your own education advancement. Your mentor will meet with you at least once a week and appointments will last approximately 30 minutes. Your mentor will call you for your one-on-one session at the times agreed to and scheduled by you. If you ever need to reschedule a one-on-one session, please do so at least 24 hours in advance. To reschedule a session, please call the scheduling department at 1-866-850-4871.

as

**PAYMENT TERMS**

You are authorizing a charge to the following card(s):

Payment type:

Amount: $6,695.00

Address: 1064 Fleetwood Dr.
San Jose, CA 95120
USA

as

**WARRANTY OF SERVICE**

Created with EO.Pdf for .NET. http://www.essentialobjects.com.

If you have not achieved the results desired from the products and education in six (6) months, we will work with you at our own expense until you are completely satisfied.  In addition, we have also provided an incentive bonus. As soon as you reach over five thousand dollars in gross sales per month for three consecutive months within the first year of enrollment, upon documenting that result, we will refund fifty percent (50%) of your initial investment. In addition, as soon as you can achieve over ten thousand dollars in gross monthly sales for three consecutive months within the first year of enrollment, upon documenting that result, we will refund the remainder of your investment back to you; equaling a one hundred(100%) refund of your initial investment in return for your testimonial.  You also agree that YES cannot guarantee a specific amount of money in a specific time frame, because success with the education depends upon your effort and commitment.

as

If you have any questions, please contact customer care by calling 1-866-850-4871. Note that your digital signature is equivalent to a handwritten signature (as provided in the federal e-sign act).

98.248.58.0
Arleen Sung

Created with EO.Pdf for .NET. http://www.essentialobjects.com.