ADAMS & RAMEY LLP
Bret Adams, Calif Bar No. 228283
915 Highland Point Drive, Suite 250
Roseville, California 95678
Phone: (916) 724-5330
Fax: (916) 357-7309
bret@adamsandramey.com

KIRTON McCONKIE
Richard J. Armstrong, admitted *pro hac vice*
Brinton M. Wilkins, admitted *pro hac vice*
Thanksgiving Park Four
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Facsimile: (801) 212-2147
rarmstrong@kmclaw.com
bwilkins@kmclaw.com

*Attorneys for Defendants Angela Bussio; Novus North*
*LLC dba YES International; Phillip Edward Gannuscia;*
*Richard Scott Nemrow; Jeffrey Nicol; Jessica Bjarnson;*
*Skyler Boyd Jarman*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN SUNG,<br><br>          Plaintiff,<br><br>v.<br><br>ANGELA BUSSIO, NOVUS NORTH LLC dba YES INTERNATIONAL, PHILLIP EDWARD GANNUSCIA, RICHARD SCOTT NEMROW, JEFFREY NICOL, JESSICA BJARNSON, SKYLER BOYD JARMAN, and JOHN DOES 1-100,<br><br>          Defendants. | ORDER GRANTING STIPULATED MOTION TO WITHDRAW PENDING MOTION (DOC. 59) AND TO STRIKE JULY 11, 2014 HEARING DATE<br><br><br>Case No.: 5:13-CV-01786-RMW<br>Judge Ronald M. Whyte |

1

4847-4010-2423.1

This matter comes before the Court on the parties' Stipulated Motion to Withdraw the Pending Motion to Dismiss (Doc. 59), and to strike the hearing on July 11, 2014.  Based on the parties' motion, and for good cause appearing therefore, the Court hereby GRANTS the stipulated motion and ORDERS, ADJUDGES, AND DECREES as follows:  the pending motion to dismiss (Doc. 59) is hereby withdrawn, and the hearing date for the motion is stricken.

DATED this _____ day of July, 2014.


BY THE COURT:


Ronald M. Whyte, Judge
U.S. District Court, Northern California

2