ADAMS & RAMEY LLP
Bret Adams, Calif Bar No. 228283
915 Highland Point Drive, Suite 250
Roseville, California 95678
Phone: (916) 724-5330
Fax: (916) 357-7309
bret@adamsandramey.com

KIRTON McCONKIE
Richard J. Armstrong, admitted *pro hac vice*
Brinton M. Wilkins, admitted *pro hac vice*
Thanksgiving Park Four
2600 W. Executive Parkway, Suite 400
Lehi, Utah 84043
Telephone: (801) 426-2100
Facsimile: (801) 212-2147
rarmstrong@kmclaw.com
bwilkins@kmclaw.com

*Attorneys for Defendants Angela Bussio; Novus North LLC dba YES International; Phillip Edward Gannuscia; Richard Scott Nemrow; Jeffrey Nicol; Jessica Bjarnson; Skyler Boyd Jarman*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEEN SUNG, <br><br> Plaintiff, <br><br> v. <br><br> ANGELA BUSSIO, NOVUS NORTH LLC dba YES INTERNATIONAL, PHILLIP EDWARD GANNUSCIA, RICHARD SCOTT NEMROW, JEFFREY NICOL, JESSICA BJARNSON, SKYLER BOYD JARMAN, and JOHN DOES 1-100, <br><br> Defendants. | ORDER GRANTING STIPULATED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS NOVUS NORTH LLC dba YES INTERNATIONAL, PHILLIP EDWARD GANNUSCIA, RICHARD SCOTT NEMROW, JEFFREY NICOL, JESSICA BJARNSON, SKYLER BOYD JARMAN <br><br> Case No.: 5:13-CV-01786-RMW <br> Judge Ronald M. Whyte |

4847-4010-2423.1

This matter comes before the Court on the parties' stipulated motion requesting an order allowing Defendants' counsel to withdraw as counsel for Defendants Novus North LLC, dba Yes International, Phillip Edward Gannuscia, Richard Scott Nemrow, Jeffrey Nicol, Jessica Bjarnson, and Skyler Boyd Jarman.  Based on the stipulated motion, and for good cause appearing, the Court GRANTS the stipulated motion and hereby ORDERS that Defendants' counsel may withdraw as counsel for the following Defendants:  Novus North LLC, dba Yes International, Phillip Edward Gannuscia, Richard Scott Nemrow, Jeffrey Nicol, Jessica Bjarnson, and Skyler Boyd Jarman. If plaintiff intends to pursue the case against these defendants, the Defendants' counsel must secure substitute counsel for defendants Novus North LLC, dba Yes International, Phillip Edward Gannuscia, Richard Scott Nemrow, Jeffrey Nicol, Jessica Bjarnson, and Skyler Boyd Jarman by July 23, 2014, or obtain a stipulation from plaintiff to the dismissal of those defendants. If substitute counsel is secured, the defendants must respond to plaintiff's complaint by August 20, 2014.

DATED this 9th day of July, 2014.

BY THE COURT:

_Ronald M. Whyte_
Ronald M. Whyte, Judge
U.S. District Court, Northern California