1  Mark T. Lavery
   Hyslip & Taylor LLC LPA
2  917 W. 18th St., Suite 200
   Chicago, Illinois 60016
3  mark@LifetimeDebtSolutions.com

4  Grenville Pridham
5  Law Office of Grenville Pridham
   2522 Chambers Road, Suite 100
6  Tustin, California 92780
7  info@grenvillepridham.com

8
9  *Attorneys for Plaintiff*

10              UNITED STATES DISTRICT COURT FOR THE
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  ARLEEN SUNG,                          )
13                                        )  [] ORDER OF DISMISSAL
            Plaintiff,                    )  WITH PREJUDICE
14                                        )
15      v.                                )
                                          )  Case No.: 5:13-CV-01786-RMW
16  ANGELA BUSSIO, NOVUS NORTH LLC        )  Judge Ronald M. Whyte
    dba YES INTERNATIONAL, PHILLIP        )
17  EDWARD GANNUSCIA, RICHARD SCOTT       )
    NEMROW, JEFFREY NICOL, JESSICA        )
18  BJARNSON, SKYLER BOYD JARMAN, and     )
19  JOHN DOES 1-100,                      )
                                          )
20          Defendants.                   )
21                                        )

22      This matter comes before the Court on the parties' Stipulated Motion to Dismiss Claims Against

23  Defendant Angela Bussio, Novus North LLC, Phillip Gannuscia, Richard Nemrow, Jeffrey Nicol, Jessic

24  Bjarnson and Skyer Jarman with Prejudice.  Based on the Stipulation and for good cause appearing
25
    therefor, the Court hereby GRANTS the Stipulated Motion and ORDERS ADJUDGES AND
26
    DECREES that this action is dismissed with prejudice as against Defendant Angela Bussio.  Each party
27
28  will bear their own attorneys' fees and costs.

1  STIPULATED AND AGREED this __J__ day of __Reej ˘ æ\^__, 2017.

BY THE COURT

*Ronald M. Whyte*
_____
Ronald M. Whyte, Judge
United States District Court

2